COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CYROUS HEYDARIAN D/B/A U-PULL-IT, | § | No. 08-10-00251-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| MARIA PIZARRO, INDIVIDUALLY AND AS NEXT FRIEND OF SAMUEL PIZARRO, A MINOR CHILD, | § | (TC# 2008-4577) |
| | § | |
| Appellees. | § | |

## MEMORANDUM OPINION

Pending before the Court is an agreed motion to dismiss this appeal pursuant to a settlement agreement. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are assessed against Appellant. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

February 23, 2011

Before Chew, C.J., McClure, and Rivera, JJ.